UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 18-35417
Pamela A Lange )
)  Chapter: 13
)
)  Honorable Pamela S. Hollis
)
)  Joliet
Debtor(s) )

**ORDER ON MOTION TO OBTAIN/INCUR DEBT**

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

1) The Debtor is permitted to purchase a 2015 Toyota Venza or similar vehicle, with an amount financed not to exceed $22,758.08 interest not to exceed 19.99%, and monthly payments not to exceed $549.53.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: May 10, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600